STATE EX REL. HENRY MULLENMEISTER (ALSO KNOWN AS MUL-
LEN) AND ANOTHER v. DISTRICT COURT OF STEELE
COUNTY AND ANOTHER.[1]

June 21, 1929.

No. 27,573.

C. W. Ingham, Fred W. Smith and L. K. Eaton, for relators.
Leach & Leach and Nelson & Nelson, for respondents.

PER CURIAM.

Mandamus to compel a change of the place of trial from the county of
Steele to the county of Hennepin of four separate actions brought in the
county of Steele by four different plaintiffs against Frank McDonald and
Henry Mullenmeister. The proceedings in each case are precisely the same;
the only question is whether they were sufficient to effect the change. Plain-
tiffs oppose the change on the ground that the affidavits are insufficient to
authorize it, and on the further ground that defendants failed to pay the
required fee to the clerk. The statute provides:

"No civil action, appeal, or proceeding shall be entered with the clerk of
the district court until the person desiring such entry shall deposit with
such clerk the sum of three dollars on account of fees in the case." G. S.
1923 (2 Mason, 1927) § 6991.

In State ex rel. Bondy v. Ryberg, 169 Minn. 260, 211 N. W. 11, it was
held under a similar statute that in order to effect a change of venue the
deposit fee must be paid within the prescribed time.

As no deposit fee has been paid in these cases no change of venue was
effected, and the writ is discharged.

[1]Reported in 225 N. W. 926.